Case 2:08-mj-08254-PCL   Document 1   Filed 03/20/2008   Page 1 of 3

**FILED**
MAR 20 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8254

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Magistrate Case No.: |
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF<br>) 21 U.S.C. § 952 and 960 |
| v. | ) Importation of a Controlled Substance<br>) (Felony) |
| Christian CASTELLANOS, | ) |
| Defendant. | ) |

The undersigned complainant being duly sworn states:

That on or about March 18, 2008, within the Southern District of California, defendant Christian CASTELLANOS did knowingly and intentionally import approximately 70.68 kilograms (155.49 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

BRANDON M. WOOD, Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 20th DAY OF MARCH 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
         v.
Christian CASTELLANOS

### STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Brandon Wood.

On March 18, 2008, at approximately 1645 hours, Christian CASTELLANOS attempted to enter the United States at the Calexico, California East Port of Entry (POE). CASTELLANOS was the driver and sole occupant of a White 1998 Dodge Durango with Arizona plate number 360YFS.

During pre-primary roving operations, Customs and Border Protection (CBP) Canine Enforcement Officer (CEO) D. Ragsdale was screening vehicles with his Narcotics Human Detector Dog (NHDD) when his NHDD alerted to the rear driver's side tire of the vehicle. CEO D. Ragsdale notified Customs and Border Protection Officer (CBPO) A. Barnes of the alert.

CBPO A. Barnes received a negative Customs declaration from CASTELLANOS. CASTELLANOS stated that he was on his way to Yuma, AZ. CSTELLANOS stated that the vehicle he was driving was his. CBPO A. Barnes requested identification from CASTELLANOS and CASTELLANOS handed CBPO A. Barnes his Arizona driver's license with his hand trembling. CBPO A. Barnes stated that he verified that the driver's license photo matched the individual driving the vehicle. The subject became very nervous and began asking what the officers were doing and why. CBPO A. Barnes requested CBPO D. Apolinar, who was manning primary lane #1, send the vehicle to vehicle secondary.

CBPO D. Apolinar watched the vehicle as it approached the booth. CBPO D. Apolinar watched as CASTELLANOS attempted to change lanes into primary lane #4. CBPO D. Apolinar decided to walk over to primary lane #4 to insure the vehicle was sent into the vehicle secondary lot. When the vehicle was about ten (10) cars from the

booth at primary lane #4, CASTELLANOS absconded into Mexico leaving his vehicle behind. CBPO D. Apolinar took possession of the vehicle and drove the vehicle into the vehicle secondary lot.

A total of fifty five (55) packages of marijuana were found in the four road tires and the spare tire. CBPO A. Barnes probed a package from the spare tire and a green leafy substance was extracted that tested positive for marijuana. The total weight of the packages was 70.68 kilograms (155.49 pounds).

Special Agent (SA) Brandon Wood searched the vehicle and found receipts and insurance papers in the name of Christian CASTELLANOS. Also found in the vehicle was a vehicle registration for the vehicle in the name of Christian CASTELLANOS. SA Brandon Wood made a copy of the driver's license Christian CASTELLANOS left with CBPO A. Barnes.

Special Agent Wood verified that the driver's license number on CASTELLANOS driver's license was a true driver's license number in Arizona. The name for that driver's license number was Christian CASTELLANOS with the birth date of 01/05/2004. Special Agent Wood obtained records from the Department of Motor Vehicles (DMV) that show a picture of CASTELLANOS similar to the photo on the driver's license he gave CBPO A. Barnes. The DMV records showed that the latest driver's license was issued on 06/20/2007. The driver's license CASTELLANOS presented to CBPO A. Barnes was issued on 07/10/2004 and had the birth date of 01/06/1984.

At the time of this complaint, Christian CASTELLANOS remains at large.